UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

FREIDBERG AND PARKER,

    Appellant,                 CIV. NO. 2:11-01833 WBS

vs.

DAVID FLEMMER, Chapter 11 Trustee, CWS ENTERPRISES, INC., and OFFICE OF THE U.S. TRUSTEE (SAC),

    Appellees.
_____/

FREIDBERG AND PARKER, A LAW CORPORATION,

    Appellant,                 CIV. NO. 2:11-02209 WBS

vs.

CWS ENTERPRISES, INC., DAVID D. FLEMMER, SARA L. KISTLER, and OFFICE OF THE U.S. TRUSTEE (SAC),

    Appellees.
_____/

----oo0oo----

        Trustee David Flemmer filed a Notice of Related Cases, requesting that the court relate an appeal to the above-captioned appeals. Flemmer identified the appeal as "*In re CWS Enterprises, Inc.*, Case No. 09-26849-C-11 ('the August 30

Appeal')". The court notes that a case with this number does not exist, nor is the numbering consistent with the case numbering in this district. The court will therefore not relate this unidentified appeal.

      This Order is issued for informational purposes only and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

      IT IS SO ORDERED.

DATED:  September 19, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE