**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| In Re:<br><br>CWS Enterprises, Inc. | DISTRICT COURT CASE NUMBER:<br>CV S- 11-02209 WBS<br><br>[Bankruptcy Court Case Number: NO. 09-26849-C-11]<br><br>NOTICE:  ORDER TO SHOW CAUSE |
|---|---|

IT IS HEREBY ORDERED that counsel show cause in writing not later than **April 19, 2012** why this action should not be dismissed for lack of prosecution.   This order is based upon appellant's/appellee's failure to file the documents required by Rule 8009 of the Bankruptcy Rules.   The parties are advised that the Court will consider the filing of one of the following, as an appropriate response to this Order Show Cause, on or before the above date, to avoid dismissal:

   _____  Designation of Record            _____  Statement of Issues

   _____  Reporter's Transcript            _____  Notice Regarding the Transcript

   _____  Filing Fee            _____ Transcript Fee

    X XX   Appellant's opening brief            XXX   Appellee's opening brief

   _____  Appellant's reply brief

Failure to timely respond to this notice may cause the matter to be dismissed.

Dated: March 29, 2012            VICTORIA MINOR,  Clerk By:

           /s/ K.  J.  Kirksey Smith
           Courtroom Deputy Clerk

ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION