2
EDWARD FREIDBERG, SBN 031279
PORT PARKER, SBN 179256
**FREIDBERG & PARKER**
601 University Avenue, Suite 274
Sacramento, California 95825
Telephone: (916) 929-9060
Facsimile: (916) 929-9068

ESTELA O. PINO, SBN 112975
DAVID A. HAYNES, SBN 264688
**PINO & ASSOCIATES**
800 Howe Ave. Suite 420
Sacramento, CA 95825
Telephone: (916) 641-2288
Facsimile:(916) 641-1888

Attorneys for Freidberg & Parker, a Law Corporation

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 2:11-02209-WBS |
| CWS ENTERPRISES, INC., | **ORDER APPROVING STIPULATION TO DISMISS APPEAL TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA** |
| Debtor. | |

Having reviewed the Stipulation to Dismiss Appeal to the United States District Court for the Eastern District of California filed by Freidberg & Parker, a Law Corporation, Appellant, and Trustee David Flemmer, Appellee, and good cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. The instant appeal, Case No. 2:11-02209-WBS, is dismissed, with prejudice, and each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: April 18, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Approved as to form and content:

DATED: April 17, 2012                    **DLA PIPER, LLP**

                                         By:/s/ David Cheit_____
                                            David Cheit,
                                            Attorneys for Appellee