1  2
2  EDWARD FREIDBERG, SBN 031279
   PORT PARKER, SBN 179256
3  **FREIDBERG & PARKER**
   601 University Avenue, Suite 274
4  Sacramento, California 95825
   Telephone: (916) 929-9060
5  Facsimile: (916) 929-9068

6  ESTELA O. PINO, SBN 112975
7  DAVID A. HAYNES, SBN 264688
   **PINO & ASSOCIATES**
8  800 Howe Ave. Suite 420
   Sacramento, CA 95825
9  Telephone: (916) 641-2288
   Facsimile:(916) 641-1888
10

11 Attorneys for Freidberg & Parker, a Law Corporation

12                    UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF CALIFORNIA
13                       SACRAMENTO DIVISION

14

15 In re                              ) Case No. 2:11-02209-WBS
                                      )
16                                    ) **ORDER APPROVING STIPULATION**
   CWS ENTERPRISES, INC.,             ) **TO DISMISS APPEAL TO THE**
17                                    ) **UNITED STATES DISTRICT COURT**
                                      ) **FOR THE EASTERN DISTRICT OF**
18           Debtor.                  ) **CALIFORNIA**
19 _____    )

20

21

22

23

24

25

26

Page 1 of  2

Having reviewed the Stipulation to Dismiss Appeal to the United States District Court for the Eastern District of California filed by Freidberg & Parker, a Law Corporation, Appellant, and Trustee David Flemmer, Appellee, and good cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. The instant appeal, Case No. 2:11-02209-WBS, is dismissed, with prejudice, and each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: April 18, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Approved as to form and content:

DATED: April 17, 2012          **DLA PIPER, LLP**

                               By:/s/ David Cheit_____
                                  David Cheit,
                                  Attorneys for Appellee